JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL NASHA RODGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLY BANK, et al.,<br><br>　　　　Defendants. | CV 25-1351 PA (ADSx)<br><br>JUDGMENT |

Pursuant to the Court's July 3, 2025 Minute Order granting the Motions to Dismiss filed by defendants Ally Bank, Exeter Finance, LLC, TD Bank, N.A., and Trophy of Carson, LLC, d/b/a Kia of Carson (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This action is dismissed with prejudice;

2. Plaintiff Crystal Nasha Rodgers shall take nothing; and

3. Defendants shall have their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: July 3, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE